[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12074
Non-Argument Calendar

_____

D. C. Docket No. 04-00206-CR-J-20-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YAHYA ALI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 23, 2007)**

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Yahya Ali in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  In response to counsel's <u>Anders</u> brief, Ali filed a brief, but also moved for leave to file out-of-time a supplemental brief.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Ali's motion for leave is **DENIED**, and Ali's conviction and sentence are **AFFIRMED**.